37744. STAPLES et al. v. COLE et al.

Judgment affirmed without opinion pursuant to Rule 59.
*Jordan, C. J., Hill, P. J., Marshall, Smith and Gregory, JJ., concur. Clarke, J., disqualified.*

DECIDED SEPTEMBER 29, 1981 —
REHEARING DENIED OCTOBER 14, 1981.

*Garland & Milam, Byrd Garland,* for appellants.
*Beck, Goddard, Owen & Murray, Richard L. Collier, Clarke, Haygood, Lynch & Meincke, Roy C. Thrasher, Fred W. Minter, Smith, Welch & Meadows, A. J. Welch, Jr.,* for appellees.